# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALISHA SICILIANO, CASSIE STARETZ, SAMANTHA LYNN EARLY AND JUSTIN ECK, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS, | : No. 150 MM 2015 |
| Petitioners | |
| v. | |
| ALBERT/CAROL MUELLER, T/A MCDONALDS; ALBERT AND CAROL MUELLER LIMITED PARTNERSHIPS; ALBERT MUELLER, INDIVIDUALLY; AND CAROL MUELLER, INDIVIDUALLY, | |
| Respondents | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2015, the Petition for Extraordinary Relief is **DENIED**.